AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*         DISTRICT OF    NEVADA

MARTINEZ S. AYTCH,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.

        CASE NUMBER:  **3:15-cv-00623-RCJ-VPC**

G. CARPENTER, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Application to Proceed in Forma Pauperis (ECF No. 4) is **denied** as moot, and the Complaint is **dismissed** without prejudice.

June 14, 2016                                           **LANCE S. WILSON**
                                                                                                Clerk

                                                                            /s/ K. Rusin
                                                                           Deputy Clerk