ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants Gloria Carpenter, Dawn Jones, and Scott Mattison*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ S. AYTCH,<br><br>    Plaintiff,<br><br>v.<br><br>G. CARPENTER, et al.,<br><br>    Defendants | Case No. 3:15-cv-00623-RCJ-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Defendants Gloria Carpenter, Dawn Jones, and Scott Mattison, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Martinez S. Aytch, *pro se*, hereby stipulate to the dismissal of this this action with prejudice, with each party to bear their own attorney's fees and costs.

///
///
///
///
///
///
///
///
///

1

1    This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement
2    between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each
3    party will bear its own attorneys' fees and costs.

DATED this 10 day of February, 2018.

By: *Martinez S. Aytch*
Martinez S. Aytch
Plaintiff-*pro se*

DATED this 20th day of February, 2018.

OFFICE OF THE ATTORNEY GENERAL

By: *Erin L. Albright*
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

APPROVED AND SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: February 22, 2018.

2

**CERTIFICATE OF SERVICE**

    I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of February, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

Martinez S. Aytch
2165 E. Rochelle Ave., Apt. 21
Las Vegas, NV 89119

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General